154 A.3d 705

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DEXTER L. CANNADY (A/K/A DEXTER L.
CANNADAY), DEFENDANT–PETITIONER.

October 28, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005702–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 705

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
WAYNE I. HODGES, DEFENDANT–PETITIONER.

October 28, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002235–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.